

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Shannon Day,                              * From the 441st District Court
                                                of Midland County
                                                Trial Court No. CR46225.

Vs. No. 11-16-00255-CR                  * November 8, 2018

The State of Texas,                         * Memorandum Opinion by Wright, S.C.J.
                                                  (Panel consists of: Bailey, C.J.,
                                                  Gray, C.J., sitting by assignment,
                                                  and Wright, S.C.J., sitting by
                                                  assignment)
                                                  (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.